# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**ERNEST HOWARD, SR.,** :
:
   **Petitioner** :
:
      **v.** :    **5:05-CV-91**
:
**HUGH SMITH, Warden,** :
:
   **Respondent** :

## ORDER

This matter is before the Court on the Petitioner's motion to reconsider the dismissal of his habeas petition and a motion to produce documents. The Petitioner having failed to present arguments or evidence supporting his motions, his motion to reconsider and motion to produce are DENIED.

**SO ORDERED this 20th day of September, 2005.**

    **S/Wilbur D. Owens, Jr.**
    **WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**